```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
                    FORT PIERCE DIVISION
              CASE NO. 12-14087-CR-GRAHAM
```

UNITED STATES OF AMERICA

       Plaintiff,

vs.

MA REYNA MARTINEZ-ARRIOLA,

       Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on December 18, 2012. A Report and Recommendation filed on December 28, 2012 recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to the sole Count of the Information.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 7th day of January, 2013.

                                     DONALD L. GRAHAM
                                     UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Frank J. Lynch
        Counsel of record