```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                       FORT PIERCE DIVISION
                    CASE NO. 12-14087-CR-GRAHAM(s)
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

**WATINEE ROJPANICH,**

        Defendant.

_____/

### **ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on January 15, 2013. A Report and Recommendation filed on January 23, 2013 recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to Count Two of the Superseding Information.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 8th day of February, 2013.

                                          /s/ Donald L. Graham
                                        DONALD L. GRAHAM
                                        UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Frank J. Lynch
        Shaniek Maynard, AUSA
        Robert Leventhal, Esq.